```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  JEREMY S. KROGER, Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TAD MOORE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-mj-00142-SKO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO TERMINATE |
| v. | ) | UNSUPERVISED PROBATION AND VACATE |
| | ) | HEARING; ORDER |
| TAD MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Elliott C. Montgomery, Counsel for Plaintiff, and Jeremy Kroger, Counsel for Defendant Tad P. Moore, that unsupervised probation be terminated and that the hearing set for July 1, 2013, at 1:30 p.m. before Judge Austin be vacated.

Respectfully submitted,

Dated: June 28, 2013         /s/ *Elliott C. Montgomery*
                             ELLIOTT C. MONTGOMERY
                             Special Assistant U.S. Attorney


                             HEATHER E. WILLIAMS
                             Federal Defender

Dated: June 28, 2013         /s/ *Jeremy S. Kroger*
                             JEREMY S. KROGER
                             Attorney for Defendant

# ORDER

**IT IS SO ORDERED**.  That supervised probation be terminated and that the hearing set for July 1, 2013 at 1:30 p.m. before Judge Austin be vacated.

Dated: __**June 28, 2013**__        _____/s/ Sheila K. Oberto_____
                                    UNITED STATES MAGISTRATE JUDGE

Moore - Stipulation and Order